IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br><br> PATRICK JEDIDYA LAVERDURE, JR., <br><br> Defendant. | CR-11-60-GF-BMM <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October18, 2023.  (Doc. 211.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 17, 2023. (Doc. 206.)  The United States accused Patrick Laverdure, Jr.  (Laverdure) of violating his conditions of supervised release 1) by having contact with the victim in this case; 2) by using a device capable of accessing the internet without obtaining the prior approval of his probation officer; and 3) by failing to successfully complete his outpatient sexual offender treatment program. (Doc. 202.)

At the revocation hearing, Laverdure admitted to having violated the conditions of his supervised release 1) by having contact with the victim in this case; and 2) by using a device capable of accessing the internet without obtaining the prior approval of his probation officer. The government proved that Laverdure had failed to successfully complete his outpatient sex offender treatment program. (Doc. 206.)  Judge Johnston found that the violations Laverdure admitted prove serious and warrants revocation of his supervised release and  recommends a sentence of 6 months on Count 1, with 54 months of supervised release to follow and recommends a sentence of 6 months on Count 3 with 30 months of supervised release to follow.  Judge Johnston also recommended that these sentences run concurrently. (Doc. 211.)  Laverdure was advised of his right to appeal and allocute before the undersigned. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 211) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Patrick Jedidya Laverdure, Jr. be sentenced to the Bureau of Prison for a period 6 months on Count 1, with 54 months of supervised release to follow and a sentence of 6 months on Count 3, with 30 months of supervised release to follow. These sentences will run concurrently. Laverdure should be housed at the BOP facility, FCI Seagoville, in Seagoville, Texas.

DATED this 6th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court